

## NUMBER 13-16-00701-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DAVID MALCOM STRICKLAND,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On Appeal from the 36th District Court
### of San Patricio County, Texas.

## ORDER TO FILE BRIEF

**Before Chief Justice Valdez and Justices Contreras and Benavides**
**Order Per Curiam**

This cause is before the Court on the State's third motion for extension of time to

file the brief in this matter.   The State's brief in this matter was originally due on October

5, 2017.   The State has previously requested and received two extensions of time to file the brief.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that the State's motion for extension of time should be granted with order.

Accordingly, we GRANT the State's third motion for extension of time and ORDER the State to file the brief on or before February 3, 2018.   No further extensions will be granted absent exigent circumstances.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of January, 2018.